KATHERINE Z. FRY, Respondent, *v.* SAMUEL E. FRY, Appellant.

Submitted April 7, 1952; decided April 18, 1952.

*William A. Kirk* for motion.

*Henry L. Bayles* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days from the date of this order appellant serves and files the required undertaking on appeal and pays $10 costs, in which events motion denied.